PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| Kristen Braxton | )   Case No. 06-20203-002 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kristen Braxton, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Surrender any passport to the Court Clerk's Office
2) Obtain no passport

I consent to this modification of my release conditions and agree to abide by this modification.

_K. Braxton_                    5/30/06        _Loretta Fleming_    5/30/06
Signature of Defendant          Date           Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          _____
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on  6-20-06 .

[ ] The above modification of conditions of release is not ordered.

s/ James H. Allen                6-20-06
Signature of Judicial Officer    Date